■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER ROACHE, Appellant. [619 NYS2d 582] —Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered February 22, 1993, convicting him of sexual abuse in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Moreover, the issues raised by the defendant in his supplemental *pro se* brief either were waived by the defendant when he pleaded guilty, or they are frivolous. Sullivan, J. P., Santucci, Joy and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARREN ROBINSON, Appellant. [619 NYS2d 582] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated February 18, 1992 *(People v Robinson,* 180 AD2d 767), affirming a judgment of the County Court, Nassau County, rendered June 29, 1989, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Sullivan, J. P., O'Brien, Ritter and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY ROBINSON, Also Known as DARRYL BENT, Appellant. [619 NYS2d 581] —Appeal by the defendant from a judgment of the County Court, Orange County (Byrne, J.), rendered December 10, 1993, convicting him of burglary in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Sullivan, J. P., Rosenblatt, Altman, Hart and Friedmann, JJ., concur.